■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN J. JONES, JR., Appellant. [715 NYS2d 189] —Judgment unanimously affirmed (*see*, *People v Lococo*, 92 NY2d 825, 827). (Appeal from Judgment of Supreme Court, Erie County, Buscaglia, J.—Assault, 2nd Degree.) Present—Pigott, Jr., P. J., Hayes, Hurlbutt, Scudder and Lawton, JJ.